DIANE J. HUMETEWA
United States Attorney
District of Arizona
KRISTEN B. KELLY
Assistant United States Attorney
405 West Congress, Suite 4800
Tucson, Arizona 85701-5040
Telephone: 520-620-7300
kristen.kelly@usdoj.gov
Attorneys for Plaintiff

FILED ___ LODGED
___ RECEIVED ___ COPY

2009 JUL 15 P 5:03

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

United States of America,

Plaintiff,

vs.

Anthony Wayne Dawson,

Defendant.

CR09-1478 TUC RCC CRP

INDICTMENT

Violation: 18 USC § 111(a)
18 USC § 111(b)

(Assault on a Federal Officer)

THE GRAND JURY CHARGES:

COUNT 1

On or about February 24, 2009, at the United States Federal Correctional Facility in Tucson, on South Wilmont Road, in the District of Arizona, Anthony Wayne Dawson did intentionally and forcibly assault, impede, intimidate and interfere with Federal Health Officer Julian Burchfield, an officer of the United States, while said officer was engaged in and on account of the performance of her official duties and did so with the use of a deadly and dangerous weapon, that being, his urine and feces, as he is HIV positive, which he threw on Officer Burchfield; in violation of Title 18, United States Code Sections 111(a) and 111(b).

///

///

## COUNT 2

On or about February 24, 2009, at the United States Federal Correctional Facility in Tucson, on South Wilmont Road, in the District of Arizona, Anthony Wayne Dawson did intentionally and forcibly assault, impede, intimidate and interfere with Senior Officer Specialist Jesus Ahumada, an officer of the United States, while said officer was engaged in and on account of the performance of his official duties and did so with the use of a deadly and dangerous weapon, that is, his urine and feces, as he is HIV positive, which he threw on Officer Ahumada; in violation of Title 18, United States Code Sections 111(a) and 111(b).

## COUNT 3

On or about February 23, 2009, at the United States Federal Correctional Facility in Tucson, on South Wilmont Road, in the District of Arizona, Anthony Wayne Dawson did attempt to intentionally and forcibly assault, impede, intimidate and interfere with Federal Health Officer Julian Burchfield, an officer of the United States, while said officer was engaged in and on account of the performance of her official duties and did so with the use of a deadly and dangerous weapon, a dirty syringe, as he is HIV positive, which jabbed at Officer Burchfield; in violation of Title 18, United States Code Sections 111(a) and 111(b).

DIANE J. HUMETEWA
United States Attorney
District of Arizona

Assistant U.S. Attorney

United States v. Anthony Wayne Dawson
Indictment, Page 2



A TRUE BILL

JUL 1 5 2009

REDACTED FOR
PUBLIC DISCLOSURE